AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2020

SEAN F. McAVOY, CLERK

SAVED MAGAZINE, a Washington limited liability company; AFSHIN YAGHTIN and MARY FELL YAGHTIN, and the marital community comprised thereof,
*Plaintiff*

v.

CITY OF SPOKANE, a municipal corporation in and for the State of Washington, d/b/a Spokane Public Library; SPOKANE POLICE DEPT. CRAIG N MEIDL, in his official and personal capacity; KEVIN VAUGHN and JANE DOE VAUGHN, and the martiall community comprised thereof,
*Defendant*

)
)
)
)
)

Civil Action No.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Any claims against Defendant Spokane Public Library are dismissed with prejudice, and judgment of dismissal is entered in the Library's favor.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   on a motion for dismissal.

Date:  July 9, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer