# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 03, 2020**

SEAN F. McAVOY, CLERK

SAVED MAGAZINE, a Washington limited liability company; AFSHIN YAGHTIN and MARY FELL YAGHTIN, and the marital community comprised thereof,
*Plaintiff*
v.
SPOKANE POLICE DEPARTMENT; CRAIG N MEIDL, in his official and personal capacity; JOHN DOE and JANE DOE, and the marital community comprised thereof,
*Defendant*

Civil Action No. 2:20-CV-24-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, ECF No. 40, is GRANTED. Plaintiffs' Amended Complaint is dismissed with prejudice and without leave to amend.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion to dismiss.

Date: December 3, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer